UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:16-cv-21118-DPG

VICTOR RODRIGUEZ,

   Plaintiff(s),

v.

MIAMI JEWELRY EXCHANGE
CORPORATION d/b/a International Jewelry
Center (*et al.*),

   Defendant(s).

## NOTICE OF SETTLEMENT

 Plaintiff, VICTOR RODRIGUEZ, hereby advises the Court that all matters in controversy herein have been resolved. Parties will provide the necessary documents for the court's approval of the settlement in order to have the case dismissed.

        Respectfully submitted,

        **s/R. Edward Rosenberg**
        R. Martin Saenz (FBN: 0640166)
        E-mail:msaenz@saenzanderson.com
        R. Edward Rosenberg (FBN: 88231)
        E-mail: ed@saenzanderson.com
        SAENZ & ANDERSON, PLLC
        20900 NE 30th Avenue, Ste. 800
        Aventura, Florida 33180
        Telephone: (305) 503-5131
        Facsimile: (888) 270-5549
        *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **R. Edward Rosenberg**

## SERVICE LIST

**VICTOR RODRIGUEZ v. MIAMI JEWELRY EXCHANGE CORPORATION d/b/a International Jewelry Center**
Case No.1:16-cv-21118-DPG
**United States District Court, SOUTHERN District of Florida**

| | |
|---|---|
| R. Martin Saenz | Maurice J. Baumgarten |
| E-Mail:msaenz@saenzanderson.com | E-Mail: maurice@torricellapastor.com |
| SAENZ & ANDERSON, PLLC | TORRICELLA PASTOR |
| 20900 N.E. 30th Avenue, Suite 800 | BAUMGARTEN, PLLC |
| Aventura, Florida  33180 | 4551 Ponce de Leon Boulevard |
| Telephone: (305) 503-5131 | Coral Gables, Florida 33146 |
| Facsimile: (888) 270-5549 | Telephone: (305) 677-7644 |
| *Counsel for Plaintiff(s)* | Facsimile: (786) 245-2681 |
| | *Attorney for Defendant(s)* |